IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| ROBERT BLAKELY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:20-CV-097-Z-BR |
| | § | |
| BATEN ISF/JORDAN UNIT, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

On June 1, 2020, the United States Magistrate Judge entered findings and conclusions in this case. *See* ECF No. 12 ("FCR"). The Magistrate Judge recommends that Plaintiff's motion for injunctive relief (found in Plaintiff's Complaint, ECF No. 3) be dismissed as moot, and in the alternative, denied. ECF No 12 at 10. As of this date, Defendant has filed no objections to the FCR.

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the Magistrate Judge, the Court concludes that the findings and conclusions are correct. Plaintiff fails to meet the four requirements for injunctive relief. *Dresser-Rand Co. v. Virtual Automation Inc.*, 361 F.3d 831, 847–48 (5th Cir. 2004)

Accordingly, it is ORDERED that the findings, conclusions, and recommendation of the Magistrate Judge are ADOPTED and that Plaintiff's Motion for Injunctive Relief (ECF No. 3) is DENIED.

**SO ORDERED.**

July 6, 2020.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE